# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155272(74)

ANN WALDRON DAWSON, JEFFREY ALAN
GRUNOW, WAYNE ERXLEBEN, SHIRLEY
ERXLEBEN, LAURA GRACE STERENBERG,
GARY KIEVIT, and MARY KIEVIT,
     Plaintiffs-Appellants,

v

CITY OF GRAND HAVEN,
     Defendant-Appellee.
_____/

SC: 155272
COA: 329154
Ottawa CC: 15-004224-CZ

On order of the Chief Justice, the motion of defendant-appellee to strike the reply submitted by plaintiffs-appellants on March 14, 2017, is DENIED as moot in light of the conforming amended reply filed on March 20, 2017.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2017

Clerk